## FRANK FIASCHETTI *v.* NASH ENGINEERING COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 443 (AC 16500), is denied.

CALLAHAN, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*Andrew Houlding*, in support of the petition.

Decided March 5, 1998

## MARIA POLLASTRO *v.* SABATINO POLLASTRO

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 927 (AC 16666), is denied.

*Nicholas W. Rosa*, in support of the petition.

Decided March 5, 1998

## NEIL JOHNSON *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 930 (AC 16846), is granted, limited to the following issue: